## Case No. 4,811.

FIRST NAT. BANK OF YOUNGTOWN v. HUGHES et al.

[5 Cin. Law Bul. 515; 2 Browne, Nat. Bank Cas. 176.]

Circuit Court, N. D. Ohio. 1878.

WELKER, District Judge. Held, that the officers of national banks cannot be compelled to present for inspection, either to the auditor or probate judge, books showing the deposits of the bank, and, therefore, defendants were restrained from compelling the same to be done.

Injunctions were issued, in accordance with the order of Judge WELKER, to be served by the marshal.